# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION- FLINT

In Re:

Rachael Gabrielle Osborn,　　　　　　　　　Case No. 16-31659
　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　Debtor.　　　　　　　　　Hon.  Daniel S. Opperman

_____/

## RESPONSE TO MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

NOW COMES Debtor, Rachael Gabrielle Osborn, by and through her attorney, Juanita L. Massey, and for her response to the Motion to Dismiss for Failure to Make Plan Payments hereby states as follows:

1. In response to Paragraph 1 of the Motion, Debtor admits the allegations contained therein.

2. In response to Paragraph 2 of the Motion, Debtor admits the allegations contained therein.

3. In response to Paragraph 3 of the Motion, Debtor admits the allegations contained therein; but, further states that the Debtor has had recent income/employment changes and she has been struggling to pay normal living expenses.

4. In response to Paragraph 4 of the Motion, Debtor admits the allegations contained therein.

5. In response to Paragraph 5 of the Motion, Debtor states the following:

a. Debtor has not had sufficient income to make the plan payments.

b. Debtor is trying to work overtime hours to earn more income and is searching for a second job.

c. Debtor is unsure at this time when the delinquency will be corrected.

WHEREFORE, Debtor respectfully requests that this Honorable Court deny the Trustee's Motion to Dismiss for Failure to Make Plan Payments.

Respectfully submitted,


Dated: April 28, 2017             /s/ Juanita L. Massey
Juanita L. Massey
Attorney for Debtor
Tri-County Lawyers, P.C.
1000 Beach Street
Suite B
Flint, MI 48502
810-600-1534
tricountylawyers@yahoo.com
JuanitaMasseyLaw@gmail.com
P64677